172 A.3d 1081

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DOUGLAS JOHNSON, A/K/A DOUGIE AND D–
MURDER, DEFENDANT-PETITIONER.

C–289 September Term 2017
079497

November 2, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002157–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

172 A.3d 1081

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
TYRONE HOWARD, DEFENDANT-PETITIONER.

C–277 September Term 2017
078037

November 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001713–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.